# United States Bankruptcy Court
## Southern District of Florida

| | | | |
|---|---|---|---|
| In re | **Yuri Sucrat** | Case No. | **11-19621** |
| | Debtor(s) | Chapter | **7** |

### DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■     Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐     Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐     Copies of all payment advices **are not** attached because the debtor:
       ☐    receives disability payments
       ☐    is unemployed and does not receive unemployment compensation
       ☐    receives Social Security payments
       ☐    receives a pension
       ☐    does not work outside the home
       ☐    is self employed and does not receive payment advices

☐     None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

☐     Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐     Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐     Copies of payment advices **are not** attached because the joint debtor:
       ☐    receives disability payments
       ☐    is unemployed and does not receive unemployment compensation
       ☐    receives Social Security payments
       ☐    receives a pension
       ☐    does not work outside the home
       ☐    is self employed and does not receive payment advices

☐     None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

LF-10 (06/02/08)

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

**/s/ Yuri Sucrat** _____          Date:    **April 25, 2011** _____

**Yuri Sucrat**
Signature of Attorney or Debtor

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

AROD CORPORATION
21731 VENTURA BLVD
STE 300
WOODLAND HILLS CA 91364

100 Payroll

| DATE | CHECK NO. |
|---|---|
| 02/15/2011 | 10003 |

PAY TO THE
ORDER OF

YURI SUCART
8445 S W 94 STREET
MIAMI FL 33156

Total Net Direct Deposit(s)
**$3371.87**

AMOUNT

VOID THIS IS NOT A CHECK ........................................ DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Yuri Sucart
8445 S W 94 Street
Miami, FL 33156

Soc Sec #: xxx-xx-7180   **Employee ID:** 4
Home Department: 100 Payroll

Pay Period: **02/01/11** to **02/15/11**
Check Date: **02/15/11**   Check #: **10003**

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5340 | 3371.87 | 10115.61 |
| **NET PAY** | **3371.87** | **10115.61** |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 4166.67 | | 12500.01 |
| **EARNINGS** | | | | 4166.67 | | 12500.01 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 175.00 | 525.00 |
| | Medicare | | 60.42 | 181.26 |
| | Fed Income Tax | M 2 | 559.38 | 1678.14 |
| | **TOTAL** | | **794.80** | **2384.40** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 3371.87 | 10115.61 |

AROD CORPORATION
21731 VENTURA BLVD
STE 300
WOODLAND HILLS CA 91364

100 Payroll

| DATE | CHECK NO. |
|---|---|
| 01/31/2011 | 1003 |

*Payrolls by Paychex, Inc.*

PAY TO THE
ORDER OF

YURI SUCART
8445 S W 94 STREET
MIAMI FL  33156

Total Net Direct Deposit(s)
**$3371.87**
AMOUNT

*Payrolls by Paychex, Inc.*

VOID THIS IS NOT A CHECK ......................................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                   FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Yuri Sucart
8445 S W 94 Street
Miami, FL  33156

Soc Sec #: xxx-xx-7180   **Employee ID:** 4
Home Department: 100 Payroll

**Pay Period: 01/16/11 to 01/31/11**
**Check Date: 01/31/11   Check #: 1003**

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5340 | 3371.87 | 6743.74 |
| **NET PAY** | **3371.87** | **6743.74** |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 4166.67 | | 8333.34 |
| | **EARNINGS** | | | 4166.67 | | 8333.34 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 175.00 | 350.00 |
| | Medicare | | 60.42 | 120.84 |
| | Fed Income Tax | M 2 | 559.38 | 1118.76 |
| | **TOTAL** | | **794.80** | **1589.60** |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **3371.87** | **6743.74** |

*Payrolls by Paychex, Inc.*

0083 0040-Y685  Arod Corporation • 21731 Ventura Blvd • Ste 300 • Woodland Hills CA  91364

AROD CORPORATION
1001 BRICKELL BAY DR 9TH FL
MIAMI FL 33131

100 Payroll

| DATE | CHECK NO. |
|---|---|
| 01/14/2011 | 8150 |

PAY TO THE
ORDER OF

YURI SUCART
8445 S W 94 STREET
MIAMI FL 33156

Total Net Direct Deposit(s)
**$3371.87**
AMOUNT

VOID THIS IS NOT A CHECK ............................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                     FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Yuri Sucart
8445 S W 94 Street
Miami, FL 33156

**Soc Sec #:** xxx-xx-7180    **Employee ID:** 4
**Home Department:** 100 Payroll

**Pay Period:** 01/01/11 to 01/15/11
**Check Date:** 01/14/11    **Check #:** 8150

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5340 | 3371.87 | 3371.87 |
| **NET PAY** | **3371.87** | **3371.87** |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 4166.67 | | 4166.67 |
| | **EARNINGS** | | | 4166.67 | | 4166.67 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 175.00 | | 175.00 |
| | Medicare | | | 60.42 | | 60.42 |
| | Fed Income Tax | M 2 | | 559.38 | | 559.38 |
| | **TOTAL** | | | 794.80 | | 794.80 |

| NET PAY | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | | | | 3371.87 | | 3371.87 |

Payrolls by Paychex, Inc.

0040 0040-Y685  Arod Corporation • 1001 Brickell Bay Dr 9th Fl • Miami FL 33131

AROD CORPORATION
21731 VENTURA BLVD
STE 300
WOODLAND HILLS CA 91364

0040-Y685
100 Payroll

| DATE | CHECK NO. |
|---|---|
| 02/28/2011 | 10006 |

PAY TO THE
ORDER OF

YURI SUCART
12220 S W 87TH AVE
MIAMI FL  33176

Total Net Direct Deposit(s)
**$3371.87**

AMOUNT

VOID THIS IS NOT A CHECK · · · · · · · · · · · · · · · · · · · · · · · · · DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Yuri Sucart
12220 S W 87th Ave
Miami, FL  33176

Soc Sec #: xxx-xx-7180   **Employee ID:** 4
**Home Department:** 100 Payroll

**Pay Period:** 02/16/11 to 02/28/11
**Check Date:** 02/28/11   **Check #:** 10006

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5340 | 3371.87 | 13487.48 |
| **NET PAY** | **3371.87** | **13487.48** |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 4166.67 | | 16666.68 |
| | **EARNINGS** | | | 4166.67 | | 16666.68 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 175.00 | | 700.00 |
| | Medicare | | | 60.42 | | 241.68 |
| | Fed Income Tax | M 2 | | 559.38 | | 2237.52 |
| | **TOTAL** | | | **794.80** | | **3179.20** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 3371.87 | 13487.48 |

Payrolls by Paychex, Inc.

0083 0040-Y685   Arod Corporation • 21731 Ventura Blvd • Ste 300 • Woodland Hills CA  91364