## United States Bankruptcy Court
### Southern District of Florida

In re  **Yuri Sucrat**                                            Case No.  **11-19621**
                    Debtor(s)                                     Chapter   **7**

## MOTION TO AMEND BANKRUPTCY PETITION

1. Debtor(s), **Yuri Sucart**, commenced this case on **April 10, 2011** by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. On or about **May 13, 2011** debtor(s) discovered that the following information had been inadvertently and erroneously entered in his Petition: DEBTOR'S NAME

| Schedule(s) Affected: | Change(s): |
|---|---|
| Voluntary Petition / No Schedules affected | Debtor's name should be spelled: |
| | YURI SUCART (as opposed to Sucrat) |

WHEREFORE, Debtor(s) pray for an Order to Amend his/her/their Bankruptcy Petition to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Dated:  **May 16, 2011**                         **/s/ Yuri Sucart**
                                                **Yuri Sucart**
                                                Debtor

## ORDER

The motion of the above-named debtor(s), **Yuri Sucart**, to amend his Bankruptcy Petition is sustained.

It is hereby ORDERED and DECREED that the Debtor's(s') Bankruptcy Petition is amended to reflect the following changes:

| Amendment(s) to Petition: |
|---|
| Debtor's name as it appears throughout this matter, including the case style, shall be changed to & read as YURI SUCART. |

Dated:                                           **U.S. BANKRUPTCY JUDGE**