UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                           Case No.: 11-19621-BKC-AJC
                                                 Chapter 7
YURI SUCART

        Debtor

_____/

## MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY

+-----------------------------------------------------------------+
| **NOTICE**                                                      |
|                                                                 |
| **Any interested party who fails to file and serve a written**  |
| **response to this motion within 21 days after the date of**    |
| **service stated in this motion shall, pursuant to Local Rule** |
| **9013-1(D), be deemed to have consented to the entry of an**   |
| **order in the form attached to this motion.  Any scheduled**   |
| **hearing may then be canceled.**                               |
+-----------------------------------------------------------------+

The Trustee, Soneet R. Kapila (hereinafter referred to as "Trustee") hereby files this Motion to Approve Stipulation to Compromise Controversy and states:

1.      Attached hereto is a copy of the Stipulation to Compromise Controversy executed between the parties.

2.      Pursuant to this settlement, the Trustee has agreed to accept $6,000.00 payable to the Trustee no later than June 30, 2011.

3.      The Trustee believes that this settlement is in the best interest of the creditors and the estate.

4.      This Stipulation and Motion are being noticed to all creditors pursuant to Federal Rule of Bankruptcy Procedure 9019.

5.      If the matter were to be litigated the Trustee believes he would prevail and arrive at a similar settlement for the Debtor's assets over exemptions.

---

*Soneet R. Kapila , Federal Bankruptcy Trustee*
*Post Office Box 14213, Fort Lauderdale, Florida 33302*
*Telephone: 954/761-8707  Facsimile: 954/761-1033 Website: www.kapilatrustee.com*

6.      The Trustee believes that the costs of the litigation would diminish the recovery to creditors in this case.

7.      The Trustee believes that this settlement is in the best interest of the creditors and the estate.

8.      This Settlement and Motion are being noticed to all creditors pursuant to Federal Rule of Bankruptcy Procedure 9019.

9.      The legal standard for approval of settlement in the Eleventh Circuit is as outlined in *In re Justice Oaks, II, Ltd.,* 898F.2d 1522, 1549 (11th Cir.) *cert. denied,* 498 U.S. 959 (1990).  *Justice Oaks, II* requires that the Court consider:

> (1) the probability of success in litigation;
>
> (2) the difficulties, if any, to be encountered in the matter of collection;
>
> (3) the complexity of the litigation involved and the expense, inconvenience and delay necessarily attending it; and
>
> (4) the paramount interest of the creditors and the proper deference to their reasonable views in the premises.

11.     The Trustee has evaluated the settlement while considering all of the factors required by the Eleventh Circuit and supports its approval by the Court as being in compliance with the factors, and being within the best interest of creditors and the estate.

WHEREFORE, The Trustee, Soneet R. Kapila, respectfully requests that the Court enter an Order in the form accompanying this Motion approving this settlement, plus grant such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to all creditors and interested parties on the attached matrix, on this 19th  day of May 2011.

/s/ Soneet R. Kapila_____
Soneet R. Kapila, Trustee
P.O. Box 14213
Fort Lauderdale, Florida 33302
Phone: 954/761-8707
Fax: 954/761-1033
e-mail: trustee@kapilaco.com

*Soneet R. Kapila, Federal Bankruptcy Trustee*

*Post Office Box 14213, Fort Lauderdale, Florida 33302*
*Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: www.kapilatrustee.com*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION**
www.flsb.uscourts.gov

In re: Yuri Sucart

Case No. _11-19621 - AJC_
Chapter 7

_____Debtor(s)_____/

## STIPULATION FOR THE PURCHASE OF
## THE DEBTOR(S) NON-EXEMPT ASSET(S)

Soneet R. Kapila, Trustee, and _____Yuri Sucart_____

("Debtor(s)"), hereby stipulate to the Purchase of the Non-Exempt Asset(s) disclosed in the

bankruptcy schedules on this case and more specifically identified below as follows:

1.    On ____April 10____, 2011, Debtor(s) filed a voluntary petition for relief

under Chapter 7 of the United States Bankruptcy Code.   Thereafter, Trustee Kapila was

appointed as the Chapter 7 Trustee.

2.    Trustee Kapila and Debtor(s) enter into this agreement for the purchase of the

non-exempt interest in the following property:

_____2004 Toyota Sequoia (VIN# STDZT34A64S228557)_____

_____and all other personal property_____

_____

_____

all being referred to below as the "Non-Exempt Asset(s)".

3.    As consideration for the Non-Exempt Asset(s), the Debtor(s) agree(s) to pay to

Trustee Kapila, in the form of a money order, cashier's check or personal check made payable

to  "Soneet  R.  Kapila,  Trustee,  for  the  benefit  of  the  Estate"  the  total  sum  of

_____$6,000.00_____ as follows:

_payable in one lump sum payment on or before June 30, 2011._

4.      In the event of a default, Trustee Kapila will notify counsel to Debtor(s) of said default by e-mail or U.S. Mail.  If said default is not cured within ten (10) days of the notice of default, Trustee Kapila may proceed as set forth in ¶ 5 of this Stipulation.

5.      In the event the Debtors fail to make the aforesaid payments on a timely basis, Trustee Kapila shall be entitled to a revocation of the Debtor(s) discharge by contested motion pursuant to Rule 9024, Fed. R. Bank. P., and Debtor(s) waive(s) the requirement of an adversary proceeding for such matter.

6.      This Stipulation represents the entire understanding and agreement between the parties hereto with respect to the subject matter hereof and cannot be amended, modified or supplemented exempt by an instrument in writing signed by the parties or parties against whom enforcement of any amendment, supplement or modification is sought.  A waiver by a party or any breach of any provision of this Stipulation shall not be construed to be a waiver by any such party of any succeeding breach of such provision or a waiver by such party of any breach of any other provision.

Dated: _____May  17_____, 2011

_____
Soneet R. Kapila, Bankruptcy Trustee
PO Box 14213
Fort Lauderdale, Florida  33302
Telephone:    (954) 761-8707
Facsimile:     (954) 761-1033

_____
Debtor

_____
Debtor

_____
Attorney for Debtor(s)

PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                          Case No.: 11-19621-BKC-AJC
                                                Chapter 7
YURI SUCART

        Debtor
_____/

## ORDER APPROVING STIPULATION TO COMPROMISE CONTROVERSY

THIS MATTER having come before the Court in Miami, Florida, pursuant to the Motion to Approve Stipulation to Compromise Controversy, the Court having received the Trustee's Certificate of No Response, the Court having noted that the Trustee has complied with Local Rule 9013-1(D), and the Court being otherwise fully advised in the premise, it is

ORDERED as follows:

1.    The Trustee's Motion to Approve Stipulation to Compromise Controversy is granted.   The Court hereby approves this Stipulation to Compromise Controversy.   The Court finds that the Settlement is in the best

interest of the creditors and the estate.  The Court finds that creditors have been served or filed to the proposed settlement.

2.      The Trustee is authorized to accept the amount of $6,000.00 to be paid as described in the Motion, as settlement in full.

3.      The Court reserves jurisdiction over the parties and over the cause to enforce the terms and covenants contained within the Stipulation to Compromise Controversy.

### 

Submitted by:

Soneet R. Kapila, Trustee
PO Box 14213
Fort Lauderdale, FL 33302
Phone: 954-761-8707
Fax: 954-761-1033
Email: trustee@kapilaco.com

(Soneet R. Kapila is directed to serve a conformed copy of this Order upon all interested parties immediately upon receipt and file a Certificate of Service of same)

Label Matrix for local noticing
113C-1
Case 11-19621-AJC
Southern District of Florida
Miami
Thu May 19 09:29:04 EDT 2011

U.S. Bank National Association
Elizabeth R. Wellborn, PA
c/o Audrey J. Dixon, Esq.
350 Jim Moran Blvd., Suite 100
Deerfield Beach, FL 33442-1721

American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355-0701

Aurora Loan Services
Attn: Bankruptcy Dept.
Po Box 1706
Scottsbluff, NE 69363-1706

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410-8119

Bank Of America
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Bk Of Amer
4161 Piedmont Pkwy
Greensboro, NC 27410-8119

Chase Mtg
10790 Rancho Bernardo Rd
San Diego, CA 92127-5705

Fia Csna
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Gemb/care Credit
950 Forrer Blvd
Kettering, OH 45420-1469

National City Bank
Po Box 5570
Locbr-Yb58-01-3 Bankruptcy
Cleveland, OH 44101-0570

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Sears/cbsd
Po Box 6189
Sioux Falls, SD 57117-6189

Space Coast Credit Uni
8045 N Wickham Rd
Melbourne, FL 32940-7920

Wells Fargo
Po Box 60510
Los Angeles, CA 90060-0510

World Savings & Loan
Attn: Bankruptcy
4101 Wiseman Blvd
San Antonio, TX 78251-4201

Wyrhsr Mtg
3815 South West Temple
Salt Lake City, UT 84115-4412

Jerry A. Borbon Esq.
1000 Ponce de Leon Blvd #120
Coral Gables, FL 33134-3336

Soneet Kapila
www.kapilatrustee.com
PO Box 14213
Ft Lauderdale, FL 33302-4213

Yuri Sucrat
8445 SW 94 Street
Miami, FL 33156-7307

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

(u)American Home Mtg Srv
Please call 1-888-237-9280
with specific loan number

End of Label Matrix
Mailable recipients    19
Bypassed recipients     2
Total                  21