B6D (Official Form 6D) (12/07)

In re **Yuri Sucrat**

Debtor(s)

Case No. **11-19621**

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxxxxx5179**<br><br>**Chase Mtg**<br>**10790 Rancho Bernardo Rd**<br>**San Diego, CA 92127** | | NA | **Opened 8/01/05 Last Active 6/09/10**<br><br>**First Mortgage**<br><br>**2001 NW 31 Street**<br>**Miami, Florida 33142**<br>**Property currently in foreclosure**<br><br>VALUE $120,000.00 | | | | $226,925.00 | $106,925.00 |
| ACCOUNT NO. **Yuri & Carmen Sucart**<br><br>**Mario Pieris**<br>**126 South Spokane Street**<br>**Seattle, WA 98134** | | NA | **2006**<br><br>**Third Mortgage**<br><br>**8445 SW 94 Street**<br>**Miami, Florida 33156**<br>**Property currently in foreclosure**<br><br>VALUE $310,000.00 | | | | $62,505.00 | $62,505.00 |

Sheet 1 of 3 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **Yuri Sucrat**                                                                                        Case No. **11-19621**

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxxxxx2923** <br><br>**National City Bank** <br>**Po Box 5570** <br>**Locbr-Yb58-01-3 Bankruptcy** <br>**Cleveland, OH 44101** | | N A | **Opened 7/01/06 Last Active 11/13/08** <br><br>**Second Mortgage - potential deficiency balance** <br><br>**8445 SW 94 Street** <br>**Miami, Florida 33156** <br>**Property currently in foreclosure** <br><br> VALUE     $310,000.00 | | | | **$135,000.00** | **$135,000.00** |
| ACCOUNT NO. **xxxxxxxxxxxxx0001** <br><br>**Wells Fargo** <br>**Po Box 60510** <br>**Los Angeles, CA 90060** | | N A | **Opened 5/01/08 Last Active 2/18/11** <br><br>**Lease agreement** <br><br>**2008 Ford explorer** <br>**Lease expires in 5 months** <br><br> VALUE     $0.00 | | | | **$2,073.00** | **Unknown** |
| ACCOUNT NO. **xxxxxxxxx2954** <br><br>**World Savings & Loan** <br>**Attn: Bankruptcy** <br>**4101 Wiseman Blvd** <br>**San Antonio, TX 78251** | | N A | **Opened 7/01/07 Last Active 11/10/08** <br><br>**First Mortgage** <br><br>**1951 NW 31 Street** <br>**Miami, Florida 33142** <br>**Property currently in foreclosure** <br><br> VALUE     $120,000.00 | | | | **$281,143.00** | **$161,143.00** |
| ACCOUNT NO. **xxxxxxxxx4347** <br><br>**World Savings & Loan** <br>**Attn: Bankruptcy** <br>**4101 Wiseman Blvd** <br>**San Antonio, TX 78251** | | N A | **Opened 7/01/07 Last Active 10/16/08** <br><br>**First Mortgage** <br><br>**6225 SW 131 Court, #202** <br>**Miami, Florida** <br>**Property currently in foreclosure** <br><br> VALUE     $70,000.00 | | | | **$159,108.00** | **$89,108.00** |

Sheet 2 of 3 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **Yuri Sucrat**
Debtor(s)

Case No. **11-19621**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxx6005 **Wyrhsr Mtg** **3815 South West Temple** **Salt Lake City, UT 84115** | | N A | Opened 7/01/06 Last Active 11/13/08 **First Mortgage** **8445 SW 94 Street Miami, Florida 33156 Property currently in foreclosure** VALUE  $310,000.00 | | | | **$668,286.00** | **$358,286.00** |
| | | | Total(s) (Use only on last page) | | | | **$1,535,040.00** (Report also on Summary of Schedules) | **$912,967.00** If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 3 of 3 total sheets in Schedule of Creditors Holding Secured Claims

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re **Yuri Sucrat**        Case No. **11-19621**
Debtor(s)        Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**
Chase Mtg

**Describe Property Securing Debt:**
2001 NW 31 Street
Miami, Florida 33142
**Property currently in foreclosure**

Property will be (check one):
☒ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt      ☒ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**
Mario Pieris

**Describe Property Securing Debt:**
8445 SW 94 Street
Miami, Florida 33156
**Property currently in foreclosure**

Property will be (check one):
☒ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt      ☒ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                                     Page 2

---

**Property No. 3**

| **Creditor's Name:**<br>National City Bank | **Describe Property Securing Debt:**<br>8445 SW 94 Street<br>Miami, Florida 33156<br>**Property currently in foreclosure** |

Property will be (check one):
☒ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ☒ Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:**<br>Wells Fargo | **Describe Property Securing Debt:**<br>2008 Ford explorer<br>**Lease expires in 5 months** |

Property will be (check one):
☐ Surrendered          ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ☒ Not claimed as exempt

---

**Property No. 5**

| **Creditor's Name:**<br>World Savings & Loan | **Describe Property Securing Debt:**<br>1951 NW 31 Street<br>Miami, Florida 33142<br>**Property currently in foreclosure** |

Property will be (check one):
☒ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ☒ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                     Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**World Savings & Loan** | **Describe Property Securing Debt:**<br>**6225 SW 131 Court, #202**<br>**Miami, Florida**<br>**Property currently in foreclosure** |

Property will be (check one):
☒ Surrendered         ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt              ☒ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Wyrhsr Mtg** | **Describe Property Securing Debt:**<br>**8445 SW 94 Street**<br>**Miami, Florida 33156**<br>**Property currently in foreclosure** |

Property will be (check one):
☒ Surrendered         ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt              ☒ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **May 25, 2011**                        Signature   **/s/ Yuri Sucrat**
                                                          **Yuri Sucrat**
                                                          Debtor