UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              CASE No:  11-19621-AJC

YURI SUCRAT,
                                                    CHAPTER 7
        Debtor.
_____/

NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Robert A. Stok, Esq. and the law firm of Stok Folk + Kon, P.A. files this Notice of Appearance as counsel of record in this proceeding for Interested Party, JOHN BATTAGLIA, ("Battaglia").

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), the undersigned does hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans, disclosure statements, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever.  The undersigned further requests that the Clerk add him to the matrix as counsel for Battaglia in this case.

The filing of this Notice of Appearance should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of the Battaglia, nor should the filing of such notice of appearance be deemed to be (i) a consent to the equity jurisdiction of this Court, (ii) an acknowledgment that any specific adversary proceeding or contested matter is either core or non-core; (iii) an acknowledgment or consent to the entry by

this Court of a final judgment in any adversary proceeding or contested matter; or (iv) a waiver of any right to jury trial which may exist in favor of Battaglia, in any proceeding that has been or will be instituted during the course of the case.

### CERTIFICATE OF COMPLIANCE

I hereby certify that I am admitted to the Bankruptcy Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court this 19th day of March, 2013 by using the CM/ECF System which will send notice of the electronic filing and complete service of the foregoing to all interested parties.

> STOK FOLK + KON
> 18851 NE 29th Avenue
> Suite 1005
> Aventura, Florida  33180
> Telephone:   (305) 935-4440
> Facsimile:   (305) 935-4470
> Email: service@stoklaw.com
>
> By:   /s/ ROBERT A. STOK
> ROBERT A. STOK, ESQ.
> Florida Bar No. 857051
> rstok@stoklaw.com
> ADAM SHAMIR, ESQ.
> Florida Bar No. 99647
> ashamir@stoklaw.com

2

STOK FOLK + KON
18851 N.E. 29th AVENUE • SUITE 1005 • AVENTURA, FLORIDA  33180 • (305) 935-4440 • FAX: (305) 935-4470 • e-mail: support@stoklaw.com