United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 11-19621-AJC
Yuri Sucart                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1          User: snipesj          Page 1 of 2          Date Rcvd: Mar 26, 2013
                             Form ID: pdf004                       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2013.
db             #+Yuri Sucart,    8445 SW 94 Street,    Miami, FL 33156-7307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2013**                              **Signature:** _Joseph Speetjens_

```
District/off: 113C-1           User: snipesj              Page 2 of 2              Date Rcvd: Mar 26, 2013
                               Form ID: pdf004            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2013 at the address(es) listed below:

        Audrey J. Dixon    on behalf of Creditor   U.S. Bank National Association adixon@erwlaw.com, BankruptcyECF@erwlaw.com

        Eric J Silver    on behalf of Attorney Eric Silver esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

        Gerard M Kouri Jr.    on behalf of Creditor   Wells Fargo Bank, N.A. gmkouripaecf@gmail.com, gmkouri@bellsouth.net

        Jerry A. Borbon    on behalf of Debtor Yuri Sucart j@borbonlaw.com

        Johanna  Armengol     on behalf of U.S. Trustee   Office of the US Trustee Johanna.Armengol@usdoj.gov,   johanna.armengol@usdoj.gov

        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

        Robert A. Stok    on behalf of Defendant John Battaglia jjacobowitz@stoklaw.com, lsgonzalez@stoklaw.com

        Soneet  Kapila    trustee@kapilaco.com,  FL68@ecfcbis.com

        TOTAL: 8



**ORDERED in the Southern District of Florida on March 22, 2013.**

                                                                                    _A. Jay Cristol_
                                                                                    **A. Jay Cristol, Judge**
                                                                                    **United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN RE:**                                                                         **CASE NO. 11-19621-BKC-AJC**

**YURI SUCART,**                                                         **Chapter 7**

        **Debtor.**
        _____/

**ORDER ON TRUSTEE'S (1) MOTION TO COMPEL TURNOVER AND LIMITED OBJECTION TO DEBTOR'S MOTION FOR ORDER ON DOCUMENT NO. 18 (TO AMEND VOLUNTARY PETITION TO CORRECT DEBTOR'S NAME) AND FOR ISSUANCE OF AN AMENDED DISCHARGE IN DEBTOR'S CORRECT NAME**

        THIS MATTER came before the Court *Trustee's (1) Motion to Compel Turnover and Limited Objection to Debtor's Motion for Order on Document No. 18 (To Amend Voluntary Petition to Correct Debtor's Name) and for Issuance of an Amended Discharge in Debtor's Correct Name* [Court Paper 78] (the "Motion/Limited Objection").  On March 21, 2013 the Court entered *Order Granting Motion for Entry of an Order Granting Motion to Amend Voluntary Petition to Correct Debtor's Name [C.P. 18] and for Issuance of Amended Discharge in Debtor's Correct Name* [Court Paper 79].  At the time, the Court was unaware of the Motion/Limited Objection and upon

considering same it is

ORDERED AND ADJUDGED:

1.  That portion of the Motion to Compel Turnover is set for hearing on April 10, 2013 at 10:30 a.m. at the Claude Pepper Federal Building, 51 S.W. First Avenue, Courtroom 1410, Miami, FL 33130 [see Notice of Hearing, Court Paper 81].

2.  Trustee's Limited Objection is **SUSTAINED** and the Debtor shall not be issued an amended discharge until the resolution of the pending adversary proceeding before this Court styled *Kapila v. Sucart, et al.*, Adv Pro. No. 13-01259.

3.  The *Order Granting Motion for Entry of an Order Granting Motion to Amend Voluntary Petition to Correct Debtor's Name [C.P. 18] and for Issuance of Amended Discharge in Debtor's Correct Name* [Court Paper 79] is **AMENDED** as set forth in paragraph 2 above and the Clerk is directed <u>not</u> to issue an amended discharge after the expiration of the negative notice period established by C.P. 79, but shall refrain from issuing the amended discharge until the resolution of adversary proceeding 13-1259-AJC-A.

4.  That portion of C.P. 79 directing the Clerk to correct the record to reflect Debtor's correct name as Yuri Sucart remains in effect and the record is corrected to reflect same.

# # #

Copies by CM/ECF to:
Jerry A. Borbon, Esq.
Eric Silver, Esq.
Soneet Kapila, Trustee

Copy by U.S. Mail to:
Yuri Sucart, Debtor