

ORDERED in the Southern District of Florida on April 11, 2013.

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

YURI SUCART,                                        Case No. 11-19621-AJC
                                                    Chapter 7

     Debtor.
_____/

### ORDER GRANTING TRUSTEE KAPILA'S
### MOTION TO COMPEL TURNOVER [ECF No. 77]

This matter came before the Court for hearing on April 10, 2013, at 10:30 a.m.

("**Hearing**"), upon *Trustee Kapila's (1) Motion to Compel Turnover and (2) Limited Objection*

*to Debtor's Motion for Order on Document No. 18 (to Amend Voluntary Petition to Correct*

*Debtor's Name) and for Issuance of Amended Discharge in Debtor's Correct Name [ECF No.*

*76]* [ECF No. 77] (the "**Motion to Compel**").[1]  The Court has reviewed the Motion to Compel,

considered the argument of counsel at the hearing, and for the reasons set forth on the record at

_____
[1] All other capitalized terms not defined herein shall have the meanings ascribed to them in the Motion to Compel.

the Hearing, which are incorporated here by reference, the Court finds that the Ring constituted property of the estate on the Petition Date, and that it is appropriate to grant the Motion to Compel.  Therefore, it is –

     **ORDERED** as follows:

     1.     The Motion to Compel is **GRANTED**.

     2.     The Debtor shall turn over the Proceeds, which equal $10,000.00, to Trustee Kapila.

**# # #**

**Submitted by:**

Eric J. Silver, Esq.

(Attorney Silver shall serve a conformed copy of this Order
as provided herein and file a Certificate of Service)

#2806647 v1