UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

YURI SUCRAT,   Case No. 11-19621-AJC
  Chapter 7

    Debtors.
_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that the law firm of Kozyak Tropin & Throckmorton, P.A., hereby enters its appearance as counsel for Alex Rodriguez, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9010(b) of the Federal Rules of Bankruptcy Procedure, and respectfully request that the Clerk place counsel listed below in the matrix and list of creditors so as to receive copies of all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case be addressed to the undersigned attorney at the following address:

    John W. Kozyak, Esq. (jwk@kttlaw.com)
    David A. Samole, Esq. (das@kttlaw.com)
    Kozyak Tropin & Throckmorton, P.A.
    2525 Ponce de Leon, 9th Floor
    Miami, Florida 33134
    Telephone: 305/372-1800/Facsimile: 305/372-3508

    Kozyak Tropin & Throckmorton, P.A.
    Attorneys for Alex Rodriguez
    2525 Ponce De Leon, 9th Floor
    Miami, Florida 33134
    (305) 372-1800 (Telephone)
    (305) 372-3508 (Facsimile)
    Email: cwt@kttlaw.com

    By**:** */s/ David A. Samole*
        John W. Kozyak
        Florida Bar No. 200395
        David A. Samole
        Florida Bar No. 582761

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on this 12th[h] day of April, 2013.

By: /s/ David A. Samole
David A. Samole

342022.1