IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

IN RE:

YURI SUCRAT,                                                                 Case No. 11-19621-AJC
                                                                                            Chapter 7

     Debtor.
_____/

## NOTICE OF WITHDRAWAL OF TRSUTEE KAPILA'S
## MOTION TO COMPEL ALEX RODRIGUEZ TO ATTEND DEPOSITION PURSUANT TO SUBPOENA

Soneet R. Kapila, Kapila ("**Trustee Kapila**"), the duly appointed, qualified and acting Chapter 7 Trustee for the bankruptcy estate of Yuri Sucrat (the "**Debtor**"), by and through undersigned counsel, gives notice of its withdrawal of his Motion to Compel Alex Rodriguez to Attend Deposition Pursuant to Subpoena [ECF No. 86], filed on April 11, 2013.

Dated: April 12, 2013.

                                        Respectfully submitted,

                                        STEARNS WEAVER MILLER WEISSLER
                                        ALHADEFF & SITTERSON, P.A.
                                        150 West Flagler Street, Suite 2200
                                        Miami, Florida 33130
                                        Telephone: (305) 789-3200
                                        Facsimile: (305) 789-3395

                                       By: */s/ Eric J. Silver*
                                               ERIC J. SILVER
                                               Florida Bar No. 057262
                                               esilver@stearnsweaver.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Local Bankruptcy Rule 9013-1(C)(3), a true and correct copy of this Motion was served on (i) the Debtor, Yuri Sucrat at 8445 SW 94 St., Miami, FL 33156, (ii) counsel to the Debtor, (iii) the United States Trustee, Counsel to Alex Rodriguez, and (v) parties that have filed appearances in this case, either by Notice of Electronic Filing by CM/ECF to those counsel or parties who are registered to receive Notices of Electronic Filing or by regular U.S. mail, postage fully prepaid to those parties that appear on the attached Service List, on April 12, 2013.

*/s/ Eric J. Silver, Esq.*
ERIC J. SILVER
Florida Bar No. 57262
esilver@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, FL  33130
Telephone:   (305) 789-4175
Facsimile:   (305) 789-3395

*Attorneys for Trustee Kapila*

## SERVICE LIST

Recovery Management Systems Corp.
25 Se 2nd Ave, 31120
Miami, FL 33131