United States Bankruptcy Court
Southern District of Florida

In re:  Case No. 11-19621-AJC
Yuri Sucart  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

| District/off: 113C-1 | User: snipesj | Page 1 of 2 | Date Rcvd: Apr 12, 2013 |
|---|---|---|---|
| | Form ID: pdf004 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2013.
db      #+Yuri Sucart,  8445 SW 94 Street,  Miami, FL 33156-7307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Apr 14, 2013**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113C-1           User: snipesj              Page 2 of 2              Date Rcvd: Apr 12, 2013
                               Form ID: pdf004            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2013 at the address(es) listed below:
              Audrey J. Dixon    on behalf of Creditor   U.S. Bank National Association adixon@erwlaw.com,
               BankruptcyECF@erwlaw.com
              Eric J Silver    on behalf of Attorney Eric Silver esilver@stearnsweaver.com,
               mmesones-mori@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsw
               eaver.com;cgraver@stearnsweaver.com
              Gerard M Kouri Jr.    on behalf of Creditor   Wells Fargo Bank, N.A. gmkouripaecf@gmail.com,
               gmkouri@bellsouth.net
              Jerry A. Borbon    on behalf of Debtor Yuri Sucart j@borbonlaw.com
              Johanna   Armengol    on behalf of U.S. Trustee   Office of the US Trustee
               Johanna.Armengol@usdoj.gov,   johanna.armengol@usdoj.gov
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robert A. Stok    on behalf of Defendant John Battaglia jjacobowitz@stoklaw.com,
               lsgonzalez@stoklaw.com
              Soneet   Kapila    trustee@kapilaco.com,  FL68@ecfcbis.com
                                                                                             TOTAL: 8
```



**ORDERED in the Southern District of Florida on April 11, 2013.**

*A. Jay Cristol*

A. Jay Cristol, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                    Case Number: 11-19621-AJC

YURI SUCART,                              Chapter: 7

    Debtor.

_____/

### ORDER GRANTING EXPEDITED MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came to be heard on __March 20__, 2013, at __11:00 AM__ on the undersigned attorney's EXPEDITED MOTION TO WITHDRAW AS COUNSEL,

THE COURT having considered the grounds for the Motion and heard argument, it is FOUND, ORDERED, AND ADJUDGED as follows:

1.    The undersigned attorney's request is GRANTED.

###

Submitted by:

/s/ Jerry A. Borbon
Jerry A. Borbon, Esq.
Florida Bar 43360
814 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134
Phone: 305-595-3115
Email: j@borbonlaw.com

Attorney, Jerry A. Borbon, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.